STATE OF NEW JERSEY v. WILLIE MAE MERCER.

November 27, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ABRAHAM FIELDS.

November 27, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL A. BUTTCHER.

November 27, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL JAMES.

November 27, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ANDREW J. LEICHT.

November 27, 1973. Petition for certification denied.

LLOYD HAAS v. TOWNSHIP OF RARITAN.

November 27, 1973. Petition for certification denied.